IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>DAMIAN MUÑOZ VAZQUEZ<br>CARMEN IRIS CRUZ DELGADO<br><br>DEBTORS | CASE NO 13-09379 BKT<br><br>CHAPTER 13 |

**DEBTORS' REPLY TO TRUSTEE'S UNFAVORABLE REPORT ON CONFIRMATION, DOCKET NO. 30**

TO THE HONORABLE COURT:

**COME NOW, DAMIAN MUÑOZ VAZQUEZ and CARMEN IRIS CRUZ DELGADO**, debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

**1.** The Chapter 13 Trustee filed a Trustee's unfavorable report on confirmation dated April 4, 2014, docket no. 30.

**2.** The debtors hereby reply to Trustee's report on confirmation as follows.

**3.** That the objection raised by the Trustee in his "unfavorable report on confirmation" was cured by the debtors on March 31, 2014, by filing *Amended Schedules "I" and "J"*, docket no. 28, to include the correct monthly mortgage loan payments to both secured creditors PR Retirement and DLG Mortgage Capital, which amendment addresses and cures the objection stated by the Trustee in said report on confirmation, docket no. 30.

**4.** With this information debtors respond to the Trustee's unfavorable report on confirmation, dated April 4, 2014, docket no. 30.

**WHEREFORE** debtors respectfully pray that Trustee's unfavorable report on recommendation, docket no. 30, be denied.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non-participant: debtors, Damian Muñoz Vazquez and Carmen Iris Cruz Delgado, in the above captioned case.

Page -2-
Case no. 13-09379 BKT13

      **RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 7th day of April, 2014.

      /s/ *Roberto Figueroa Carrasquillo*
      ROBERTO FIGUEROA CARRASQUILLO
      USDC #203614
      ATTORNEY FOR DEBTORS
      PO BOX 186 CAGUAS PR 00726-0816
      TEL (787)744-7699 FAX (787)746-5294
      EMAIL: rfigueroa@rfclawpr.com

MUNOZ VAZQUEZ, DAMIAN
PMB 417
PO BOX 1283
SAN LORENZO, PR 00754

ENHANCED RECOVERY CO L
DISH NETWORK
8014 BAYBERRY CO L
JACKSONVILLE, FL 32256

CRUZ DELGADO, CARMEN IRIS
PMB 417
PO BOX 1283
SAN LORENZO, PR 00754

FIRST PREMIER BANK
PO BOX 5147
SIOUX FALLS, SD 57117-5147

R. Figueroa Carrasquillo Law Office
PO Box 186
Caguas, PR 00726-0186

LIBERTY CABLEVISION-PR
PO BOX 8759
CAGUAS, PR 00726-8759

ADM. SISTEMA RETIRO DEL ELA
PO BOX 42003
SANTURCE, PR 00940-2203

SILVESTRINI LAW OFFICE, PSC
MIGUEL A SILVESTRINI ALEMAÑY
PO BOX 330607
PONCE, PR 00733-0607

ASOCIACION EMPLEADOS ELA
PO BOX 364508
SAN JUAN, PR 00936-4508

T-MOBILE
RAFAEL CORDERO AVENUE 30 SUITE K2
CAGUAS, PR 00725

ATT WIRELESS
PO BOX 192830
SAN JUAN, PR 00919

CAVALRY PORTFOLIO SERV
SPRINT
7 SKYLINE DR STE 3
HAWTHORNE, NY 10532

CAVALRY PORTFOLIO SERV
SPRINT
7 SKYLINE SR STE 3
HAWTHORNE, NY 10532

CENTENNIAL DE PR
PO BOX 71514
SAN JUAN, PR 00936-8614

DLJ Mortgage Capital
Select Portfolio Servicing, Inc.
PO Box 65450
Salt Lake City, UT 84165